IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| A.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 7:25-CV-105-O-BR |
| | § | |
| COMMISSIONER, | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed an objection and the Magistrate Judge's Recommendation is ripe for review. The Chief District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the decision of the Commissioner is AFFIRMED. Judgment will be entered accordingly.

**SO ORDERED** on this **16th day** of **July 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**